FILED

APR 11 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RHONDA LYNN BIRDINGROUND, <br><br> Defendant. | CR 15-109-BLG-SPW-2 <br><br> ORDER |

For the reasons stated on the record, RHONDA LYNN BIRDINGROUND is hereby released from the custody of the U.S. Marshals Service.

DATED this 11th day of April, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1